Case 2:04-cv-04719-JCJ   Document 32   Filed 03/07/06   Page 1 of 2
FEB-28-2006 16:41   WRIGHT & O'DONNELL, P.C.   610 940 4001   P.03/04
Case 2:04-cv-04719-JCJ   Document 29   Filed 03/01/2006   Page 1 of 2
Sent By: LEVIN LEGAL GROUP;   2159386375;   Feb-28-06 11:43AM;   Page 3/4

Michael I. Levin, Esquire
Stacy G. Smith, Esquire
Joshua B. Axelrod, Esquire
LEVIN LEGAL GROUP, P.C.
1301 Masons Mill Business Park
1800 Byberry Road
Huntingdon Valley, PA 19006
215-938-6378
(Counsel for Max Weisman)



## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAX WEISMAN,<br>Plaintiff | : | |
| vs. | : | CIVIL ACTION NO. 04-cv-4719 |
| BUCKINGHAM TOWNSHIP;<br>BUCKINGHAM TOWNSHIP BOARD<br>OF SUPERVISORS; RAYMOND<br>STEPNOSKI, HENRY ROWAN; and<br>JANET FRENCH,<br>Defendants | :<br>:<br>:<br>:<br>: | JURY TRIAL DEMANDED |

### STIPULATION

Counsel for the parties and on behalf of their respective clients, agree and stipulate to the following:

1. The Defendants withdraw reliance of counsel as an affirmative defense in this matter.

2. The Defendants will not introduce into evidence the contents of any discussions with counsel.

3. The Defendants will not introduce into evidence any documents withheld on the basis of the attorney-client privilege.

Case 2:04-cv-04719-JCJ   Document 32   Filed 03/07/06   Page 2 of 2
FEB-28-2006 16:41   WRIGHT & O'DONNELL, P.C.   610 940 4001   P.04/04
Sent By: LEVIN LEGAL GROUP;   Case 2:04-cv-04719-JCJ   2159386378;   Document 29   Feb-28-06 4:45AM;   Filed 03/01/2006   Page 4/4   Page 2 of 2

|  |  |
|---|---|
| WRIGHT & O'DONNELL, P.C. | LEVIN LEGAL GROUP, P.C. |
| *[signature]* | *[signature]* |
| Susan B. Ayres, Esquire | Michael I. Levin, Esquire |
| David M. Maselli | Stacy G. Smith, Esquire |
| 15 East Ridge Pike, Suite 570 | Joshua B. Axelrod, Esquire |
| Conshohocken, PA 19428 | 1301 Masons Mill Business Park |
| 610-940-4092 | 1800 Byberry Road |
| Counsel for Defendants | Huntingdon Valley, PA 19006 |
|  | 215-938-6378 |
|  | Counsel for Plaintiff |
| Dated: 2/28/06 | 2-28-06 |

APPROVED BY THE COURT:

*[signature]*

Joyner, J.

2